# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

**UNITED STATES OF AMERICA**
   Plaintiff

v.                                                                                            Cr. No. M-23-0350

**PEDRO CRUZ ALMEIDA**
   Defendant

## JOINT MOTION TO UNSEAL HEARING FOR TRANSCRIPTION PURPOSES AND MAKE AVAILABLE TO THE PARTIES

Defendant Pedro Cruz Almeida and Plaintiff United States of America respectfully move this Honorable Court to unseal the sealed bench conference portion of the hearing held on August 31, 2023, so that it may be transcribed and viewed by all parties. The transcript will remain sealed.

I.

On September 11, 2023, Mr. Almeida filed a notice of appeal in this case, and his counsel duly ordered and designated the record on appeal. The bench conference portion of the hearing held on August 31, 2023, in this case was sealed by the Court and thus cannot be transcribed and produced to counsel. The transcript of this hearing cannot be prepared until an order unsealing that hearing is entered. Because counsel for Mr. Almeida cannot prepare

Mr. Almeida's appellate brief without reviewing the record on appeal and, in fact, has a duty to review the record on appeal, *see Anders v. California*, 386 U.S. 738 (1967), Mr. Almeida requests that the Court unseal the bench conference portion of the hearing held on August 31, 2023, to permit transcription and to allow counsel to view the transcript of it.

II.

The government was consulted about this motion, is unopposed, and joins the motion.

WHEREFORE, Defendant Pedro Cruz Almeida and Plaintiff United States of America respectfully request that this Honorable Court unseal the bench conference portion of the hearing held on August 31, 2023, so that it can be transcribed and viewed by the parties. The transcript will remain sealed.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750


By s/ Michael Herman
MICHAEL HERMAN
First Assistant Federal Public Defender
State Bar No. 2415128
Southern District of Texas No. 25087
440 Louisiana, Suite 1350
Houston, Texas 77002
Telephone: (713) 718-4600
Fax: (713) 718-4610


ALAMDAR S. HAMDANI
United States Attorney

s/ Carmen Castillo Mitchell
CARMEN CASTILLO MITCHELL
Chief, Appellate Division
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102

**CERTIFICATE OF SERVICE**

All parties required to be served with copies of this document have been so served by filing via the Southern District of Texas ECF filing system.

s/ Michael Herman<br>
MICHAEL HERMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                            Cr. No. M-23-0350

PEDRO CRUZ ALMEIDA

**ORDER**

Defendant's unopposed motion to unseal and transcribe the sealed bench conference at the sentencing hearing held on August 31, 2023 in order for both parties to review the transcription for appellate purposes only is GRANTED.

It, therefore, is ORDERED that the Clerk of this Court shall unseal the sealed bench conference held on August 31, 2023 for purposes of transcription for appeal only for viewing by both appellate counsel for the government and defendant. The bench conference and the transcription thereof shall remain sealed for all other purposes.

SIGNED in Texas, on this ___ day of _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE